No. 88–6388. CURRY v. BARRETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6466. BROWN v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6467. SIVAK v. MURPHY ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–6474. VALDEZ v. MYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 88–6475. THOMPSON v. VELASQUEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6476. HOCH v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 88–6479. CARR v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 88–6485. BOLAND v. RAFFERTY, SUPERINTENDENT, NEW JERSEY STATE PRISON AT RAHWAY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6491. GARNER v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 88–6500. MESSINGER v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–6503. MINTON v. SHEET METAL WORKERS LOCAL UNION NO. 54, AFL–CIO, ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6504. STEWARD v. DEPARTMENT OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 88–6506. COX v. SHERIFF OF PINE COUNTY, MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 88–6508. FELLS v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6529. JOHNSON v. OHIO. Sup. Ct. Ohio. Certiorari denied.